D. Sims Crawford
Chapter 13 Standing Trustee
Northern District of Alabama
Southern Division
P.O. Box 10848
Birmingham, AL 35202-0848
(205) 323-4631

341 Meetings Results - May 5, 2010
9:30 a.m. Docket

| Case # | Name | Hrg Result |
|---|---|---|
| 10-01755 | TINKER | CONT 5-12-2010 |
| 10-01774 | COWEN | CONT 5-12-2010 |
| 10-01780 | SCHELL | CONT 5-12-2010 |
| 10-01931 | WILEY | CONT 5-12-2010 |
| 10-01938 | ALEXANDER | CONT 5-12-2010 |
| 10-01939 | SMITH | CONT 5-12-2010 |
| 10-01959 | MCKINNON | CONT 5-12-2010 |
| 10-01967 | HALL | CONT 5-12-2010 |
| 10-01970 | MCCURTY | CONT 5-12-2010 |
| 10-01971 | LAZARO | CONT 5-12-2010 |
| 10-01986 | REYNOLDS | CONT 5-12-2010 |
| 10-01991 | JONES | CONT 5-12-2010 |
| 10-01997 | HENRY | CONT 5-12-2010 |
| 10-02000 | LAIRD | CONT 5-12-2010 |
| 10-02022 | EDWARDS | CONT 5-12-2010 |
| 10-01951 | HOWARD | CONT 5-12-2010PM |
| 10-01954 | TYLER | CONT 5-12-2010PM |
| 10-02014 | HUBBARD | CONT 5-12-2010PM |
| 10-01977 | COLVIN | CONT 5-19-2010 |
| 10-01111 | RICHARDSON | HELD |
| 10-01584 | BLACKMON | HELD |
| 10-01601 | WOOLEY | HELD |
| 10-01639 | FROST | HELD |
| 10-01747 | WASHINGTON | HELD |
| 10-01758 | DAVIS | HELD |
| 10-01759 | SONEFF | HELD |
| 10-01771 | CANNON | HELD |
| 10-01772 | WALKER | HELD |
| 10-01775 | BELL | HELD |
| 10-01794 | SLATTON | HELD |
| 10-01801 | PIPPEN | HELD |
| 10-01808 | HOOVER | HELD |
| 10-01813 | BAGBY | HELD |
| 10-01820 | STEPHENS | HELD |
| 10-01834 | MINOR | HELD |
| 10-01919 | WADE | HELD |
| 10-01928 | CRAWFORD | HELD |
| 10-01933 | JONES | HELD |
| 10-01940 | HURST | HELD |
| 10-01945 | STURDIVANT | HELD |
| 10-01963 | TURNER | HELD |

| Case # | Name | Hrg Result |
|---|---|---|
| 10-01972 | WILLIS | HELD |
| 10-01976 | HARRIS | HELD |
| 10-01982 | WOMACK | HELD |
| 10-01985 | SLAUGHTER | HELD |
| 10-01987 | LEE | HELD |
| 10-01988 | CLAY | HELD |
| 10-01996 | DIXON | HELD |
| 10-01442 | SPENCER | NOT HELD |
| 10-01789 | TURNEY | NOT HELD |

### 341 Meetings Results - May 5, 2010
### 1:30 p.m. Docket

| Case # | Name | Hrg Result |
|---|---|---|
| 10-01841 | RIVERS | CONT 5-12-2010 |
| 10-01855 | WILSON | CONT 5-12-2010 |
| 10-01864 | ANDREWS | CONT 5-12-2010 |
| 10-01897 | MASK | CONT 5-12-2010 |
| 10-02027 | FOWLER | CONT 5-12-2010 |
| 10-02035 | AUSTIN | CONT 5-12-2010 |
| 10-02024 | WEAVER | CONT 5-12-2010 AM |
| 10-01492 | HUGHES | HELD |
| 10-01823 | CAMPBELL | HELD |
| 10-01842 | HOWARD | HELD |
| 10-01845 | AGEE | HELD |
| 10-01861 | EARLEY | HELD |
| 10-01866 | MILLINGS | HELD |
| 10-01868 | PACKER | HELD |
| 10-01896 | ATMORE | HELD |
| 10-01898 | VICKERY | HELD |
| 10-01911 | BLEICH | HELD |
| 10-01917 | PERRY | HELD |
| 10-02011 | WOOD | HELD |
| 10-02025 | TRAYLOR | HELD |
| 10-02031 | HUNTER | HELD |
| 10-02037 | WILLIAMS | HELD |
| 10-02039 | CWINE | HELD |
| 10-02046 | ENDSLEY | HELD |
| 10-02049 | TREVINO | HELD |
| 10-01878 | SNIDER | NOT HELD |