UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:
Latrece T. Pippen                    }    **Case No: 10-01801-BGC13**
SSN: XXX-XX-1377                     }
  DEBTOR(S).                        }
                                     }
                                     }

### ORDER SUSTAINING

This matter came before the Court on Tuesday, May 11, 2010 01:45 PM, for a hearing on the following:
  RE: Doc #21; Trustee's Objection to Claim #2 Filed By Fast Cash Of Tuscaloosa In The Amount Of $437.38

Proper notice of the hearing was given and appearances were made by the following:
  Janna Ifshin for Joe S Erdberg, attorney for Latrece T. Pippen  (Debtor)
  Mary Frances Fallaw, Staff Attorney for the Chapter 13 Standing Trustee

**It is therefore ORDERED ADJUDGED and DECREED that:**

  Based on the arguments of counsel and the pleadings, the Trustee's Objection is SUSTAINED and Claim Number 2 shall be treated as a general unsecured claim.

Dated: 05/17/2010                                                  /s/ BENJAMIN COHEN
                                                                             BENJAMIN COHEN
                                                                             United States Bankruptcy Judge